UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adolfo Vargas, on behalf of himself and others similarly situated,

                              Plaintiff,

-against-

Gorillas Technologies US Inc.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/30/2024_____

23 Civ. 8622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 3, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by January 29, 2024.  ECF No. 6 ¶ 1.  Those submissions are now overdue, and Defendant has not appeared in this action.  Accordingly, by **February 29, 2024**, the parties shall file a joint letter and proposed case management plan.

      SO ORDERED.

Dated: January 30, 2024
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge