# Law Office of Mohammed Gangat

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2024

*via ECF*
Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

            **RE:**    *Adolfo Vargas v. Gorillas Technologies US Inc.*,
                     No. 1:23-cv-08622-AT

To the Honorable Judge Torres:

    I represent plaintiff Adolfo Vargas.  I write to respectfully request a short extension to the parties' deadline to submit the settlement agreement in this case.  The deadline is today, April 1, 2024.

    I planned to have a signed settlement agreement from Defendants by today but unfortunately have not received it yet.  Due to the fact I expected to have the agreement but did not understand until today that would not happen, I was not able to make this request with more than 48 hours notice.

    At this time, Plaintiff respectfully requests a 7-day extension to April 8, 2024 for the parties to submit the agreement for court approval.  This is the first request to extend this deadline.

    As always, I thank Your Honor for your time and consideration.

                                                          Respectfully submitted,

                                                         */s/ Mohammed Gangat*
                                                         Mohammed Gangat, Esq.

GRANTED.

SO ORDERED.

Dated: April 2, 2024
           New York, New York

                                                          ANALISA TORRES
                                                           United States District Judge