**Law Office of Mohammed Gangat**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/14/2024_

*via ECF*
Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

                         **RE:**    *Adolfo Vargas v. Gorillas Technologies US Inc.*,
                                      **No. 1:23-cv-08622-AT**

To the Honorable Judge Torres:

       I represent plaintiff Adolfo Vargas. I write to respectfully request a 30 day extension to the parties' deadline to submit a revised settlement agreement in this case. The deadline is today, August 13, 2024.

       The reason for this request is that I need additional time to work with the pro se defendant and my client to address the Court's concerns regarding the settlement agreement.

       I apologize for the last minute request. I had intended to submit the revised agreement, or at least this letter, sooner, but over the weekend, my wife and I welcomed our second child, who arrived earlier than expected. Between the preparation and earlier than expected arrival, I am in need of more time to meet all of my obligations.

       At this time, Plaintiff respectfully requests a 30-day extension to submit a revised agreement in accordance with Your Honor's Order of July 12, 2024. This is the first request to extend this deadline.

       As always, I thank Your Honor for your time and consideration.

                                                                      Respectfully submitted,

                                                                      */s/ Mohammed Gangat*
                                                                      Mohammed Gangat, Esq.

With the Court's congratulations, GRANTED.

SO ORDERED.

Dated: August 14, 2024
          New York, New York

                                                        ANALISA TORRES
                                                       United States District Judge