UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adolfo Vargas,

                Plaintiff,

-against-

Gorillas Technologies US Inc.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/17/2024
```

23 Civ. 8622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 13, 2024, Plaintiff requested that the Court extend the deadline to file the parties' revised settlement agreement by 30 days, or to September 12, 2024. ECF No. 16. The Court granted the request. ECF No. 17. That submission is now overdue.

    Accordingly, by **October 8, 2024**, the parties shall submit the requisite documents for *Cheeks* review in accordance with the Court's July 12, 2024 order. *See* ECF No. 15.

    SO ORDERED.

Dated: September 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge