UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adolfo Vargas, | |
| Plaintiff, | |
| -against- | |
| Gorillas Technologies US Inc., | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2024

23 Civ. 8622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant, Gorillas Technologies US Inc., is a corporation that appears to be proceeding in this action *pro se*. It is well-settled that corporations cannot appear *pro se* in federal courts. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."). Accordingly, Defendant is ORDERED to:

1. Obtain legal counsel;
2. File counsel's notice of appearance on ECF; and
3. By **December 20, 2024**, file a letter confirming that Defendant has complied with this order.

Provided Defendant complies with this order, the parties shall, by **January 21, 2025**, submit a joint letter and revised settlement agreement in accordance with the Court's July 12, 2024 order at ECF No. 15.

The Clerk of the Court is respectfully directed to mail a copy of this order to Defendant *pro se* at the following address:

**Gorillas Technologies US Inc.**
122 East 42nd Street, 18th Floor
New York, New York 10168

SO ORDERED.

Dated: November 20, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge